# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of

MIKEL PETER EGGERT

: No. 2348 Disciplinary Docket No. 3
:
: File Reference No. C4-16-884
:
: Board of Disciplinary Appeals Appointed
: by the Supreme Court of Texas at Docket
: No. 35970
:
: Attorney Registration No. 90772
:
: (Out of State)

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2017, having failed to reply to this Court's directive of February 13, 2017, to provide reasons against the imposition of reciprocal discipline, Mikel Peter Eggert is disbarred from the practice of law in this Commonwealth. He is directed to comply with all the provisions of Pa.R.D.E. 217.